DANIEL A. McKEEVER, Respondent, *v.* WILLIAM F. SCHWERIN et al., Defendants, and CARL J. HYNES, Appellant.

Argued April 22, 1948; decided May 21, 1948.

*Melvin F. Kinkley* for appellant.
*Stanford H. Waite* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER and DYE, JJ.; LEWIS and FULD, JJ., dissent and vote for reversal of the judgment and dismissal of the complaint as against the defendant Hynes, with costs in all courts.